NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GANBOLD BANZRAGCH,**
*Petitioner*

**v.**

**TODD BLANCHE, Acting Attorney General,**
*Respondent*

---

2026-1386

---

Petition for review of the Board of Immigration Appeals in No. A097-113-378.

---

Before LOURIE, CHEN, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

Ganbold Banzragch petitions this court to review an order of the Board of Immigration Appeals, but this court's jurisdiction is limited and does not include immigration appeals, *see* 28 U.S.C. § 1295; *see also Herrera-Alcala v. Garland*, 39 F.4th 233, 241 n.2 (4th Cir. 2022) (noting same). Rather, petitions for review of orders of the Board "shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2). Because, based on the limited record

presently before the court, Mr. Banzragch's removal proceedings appear to have occurred in California, we transfer this petition to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631. *See* 28 U.S.C. § 41.

Accordingly,

IT IS ORDERED THAT:

(1) The official caption and short caption are revised to reflect the Acting Attorney General.

(2) The petition and all case filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 4, 2026
Date